AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___of Tennessee Nashville Division___

Gibson Guitar Corporation

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc.); and
Electronic Arts, Inc

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 - 08 - - 0 2 9 4

TO: (Name and address of Defendant)

MTV Networks
(a division Viacom International, Inc.)
1515 Broadway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAR 2 0 2008

CLERK                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____        _____
                  Date                             *Signature of Server*

                                     _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>    Middle    </u>      District of   <u>of Tennessee Nashville Division</u>

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc.); and
Electronic Arts, Inc.

CASE NUMBER:  3-08--0294

TO: (Name and address of Defendant)
Harmonix Music Systems, Inc.
625 Massachusetts Avenue
Cambridge, MA 02139

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within <u>  20  </u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAR 2 0 2008

CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                   *Signature of Server*

                        _____
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

Middle District of of Tennessee Nashville Division

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc ); and
Electronic Arts, Inc.

CASE NUMBER: 3-08--0294

TO: (Name and address of Defendant)
Electronic Arts, Inc.
209 Redwood Shores Parkway
Redwood City, CA 94065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

KEITH THROCKMORTON

MAR 2 0 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____   _____
             Date                *Signature of Server*

               _____
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure