Gibson Guitar Corporation v. Harmonix Music Systems, Inc. et al

Doc. 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No: 3:08-0294 |
| **v.** | ) |
| | ) Jury Demand |
| **HARMONIX MUSIC SYSTEMS, INC.,** | ) |
| **et al.,** | ) Judge Wiseman |
| | ) Magistrate Judge Knowles |
| **Defendants.** | ) |

_____

## MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE
## PRO HAC VICE
_____

Pursuant to Local Rule 83.01(d), Gibson Guitar Corp. through its undersigned counsel, Douglas R. Pierce, a member in good standing of the bar of this Court, respectfully moves for entry of an order admitting Matthew W. Siegal, Richard Eskew, Angie M. Hankins and Jason M. Sobel, *pro hac vice* to appear and participate in the above captioned matter as counsel for Plaintiff Gibson Guitar Corp.

As evidenced by the Certificates of Good Standing attached hereto, these four lawyers are members in good standing of the bar of the United States District Court for the Southern District of New York.

Dockets.Justia.com

Respectfully submitted,


/s/ Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
Attorney for Gibson Guitar Corp.


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing Motion for Pro Hac Vice Admission was served by U.S. mail postage prepaid and properly addressed on:

1. MTV Networks
   1515 Broadway
   New York, NY 10036

2. Electronic Arts, Inc.
   209 Redwood Shores Parkway
   Redwood City, CA 94065

3. Harmonix Music Systems, Inc.
   625 Massachusetts Avenue
   Cambridge, MA 02139


/s/ Douglas R. Pierce
Douglas R. Pierce