## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **GIBSON GUITAR CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No: 3:08-0294** |
| **v.** | ) | |
| | ) | **Jury Demand** |
| **HARMONIX MUSIC SYSTEMS, INC.,** | ) | |
| **et al.,** | ) | **Judge Wiseman** |
| | ) | **Magistrate Judge Knowles** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---

## ORDER

---

Upon motions of Plaintiff Gibson Guitar Corp. it is hereby ORDERED that Matthew W. Siegal, Richard Eskew, Angie M. Hankins and Jason M. Sobel be admitted *pro hac vice* to appear and participate in this matter as counsel for this Defendant.

_____

United States District Judge

Approved For Entry:


/s/ Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
Attorney for Gibson Guitar Corp.



## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing Order was served by U.S. mail postage prepaid and properly addressed on:

1.  MTV Networks
    1515 Broadway
    New York, NY 10036

2.  Electronic Arts, Inc.
    209 Redwood Shores Parkway
    Redwood City, CA 94065

3.  Harmonix Music Systems, Inc.
    625 Massachusetts Avenue
    Cambridge, MA 02139


/s/ Douglas R. Pierce