CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

_____JASON M. SOBEL_____, Bar #_____JS5907_____

was duly admitted to practice in this Court on

_____JANUARY 1st, 2005_____, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street, New York, New York    on    MARCH 19th, 2008

J. Michael McMahon    by    [signature]
Clerk                      Deputy Clerk