CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon,** Clerk of this Court, certify that

_____MATTHEW W. SIEGAL_____, Bar # ____MS7467____

was duly admitted to practice in this Court on

____MARCH 15th, 1988____, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street, New York, New York    on    MARCH 19th, 2008

____J. Michael McMahon____    by _____
Clerk                                Deputy Clerk