CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

__RICHARD ESKEW__, Bar # __RE8662__

was duly admitted to practice in this Court on

__MAY 29th, 2001__, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street, New York, New York    on    MARCH 19th, 2008

J. Michael McMahon    by    _[signature]_
Clerk                                  Deputy Clerk