# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No: 3:08-0294** |
| v. ) | |
| ) | **Jury Demand** |
| **HARMONIX MUSIC SYSTEMS, INC.,** ) | |
| et al., ) | **Judge Wiseman** |
| ) | **Magistrate Judge Knowles** |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

_____

## CORPORATE DISCLOSURE
_____

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Gibson Guitar Corp., hereby gives notice and discloses the following corporate interests:

1. The parent companies of Gibson Guitar Corp.: None

2. Any publicly held company that owns ten percent (10%) or more of the corporation: None

                                           Respectfully submitted,

                                           /s/ Douglas R. Pierce
                                           Douglas R. Pierce, BPR No. 10084
                                           KING & BALLOW
                                           1100 Union Street Plaza
                                           315 Union Street
                                           Nashville, Tennessee 37201
                                           (615) 259-3456
                                           Attorney for Gibson Guitar Corp.

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing Corporate Disclosure was served by U.S. mail postage prepaid and properly addressed on:

  1.  MTV Networks
    1515 Broadway
    New York, NY 10036

  2.  Electronic Arts, Inc.
    209 Redwood Shores Parkway
    Redwood City, CA 94065

  3.  Harmonix Music Systems, Inc.
    625 Massachusetts Avenue
    Cambridge, MA 02139

      /s/ Douglas R. Pierce
      Douglas R. Pierce