AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc.); and
Electronic Arts, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3-08--0294

**JUDGE WISEMAN**

TO: (Name and address of Defendant)
MTV Networks
(a division Viacom International, Inc.)
1515 Broadway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE   MAR 2 0 2008

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 26, 2008 | |
| NAME OF SERVER (PRINT) Assiyat A Abderrahman | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: SEE ATTACHED

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     SEE ATTACHED
                Date              *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 07 - CORPORATION

**STROOCK STROOCK & LAVAN ESQS**
**ATTN:**

U.S. MIDDLE DIST. TENNESSEE COURT　　　NASHVILLE COUNTY

---

GIBSON GUITAR CORPORATION　　　　　　　plaintiff

- against -

HARMONIX MUSIC SYSTEMS, INC., ETAL　　defendant

Index No. 3-08-0294

Date Filed ............

Office No. 001701-0900

Court Date:　　/　/

---

STATE OF NEW YORK, COUNTY OF NEW YORK　　　:SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26th** day of **March, 2008** at **03:00 PM.,** at
　　1515 BROADWAY
　　NEW YORK, NY　10036

I served a true copy of the
　　**SUMMONS AND COMPLAINT**
　　**JURY DEMAND**

upon **MTV (A DIVISION VIACOM INTERNATIONAL, INC.)**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
　　**MADELYN LANZOY---MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
　　SEX: **FEMALE**　　COLOR: **BROWN**　　HAIR: **BLACK**
　　APP. AGE: **40**　　APP. HT: **5:7**　　APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
27th day of March, 2008i
JOEL GOLUB
Notary Public, State of New York
No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.....................
ASSMET ABDERRAHMAN　1115274
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7SS&L119369