AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc.); and
Electronic Arts, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3-08--0294

**JUDGE WISEMAN**

TO: (Name and address of Defendant)

Harmonix Music Systems, Inc.
625 Massachusetts Avenue
Cambridge, MA 02139

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON           MAR 2 0 2008

CLERK           DATE

_[signature]_

(By) DEPUTY CLERK

**RETURN COPY**

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/27/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BOB GORCZYCA | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    MGR. @ HARMONIX MUSIC SYSTEMS INC.
    625 MASS AVE, CAMBRIDGE MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00    70.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-27-08     *Robert Hoyyea*
          Date                  Signature of Server

                       14 JUNIPER LANE
                 Address of Server   FRAMINGHAM MA 01701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.