```
Court Name: U.S. District Court, MD/TN
Division: 3
Receipt Number: 34675001960
Cashier ID: ehawkins
Transaction Date: 04/01/2008
Payer Name: KING AND BALLOW
--------------------------------------
PRO HOC VICE
  For: MATTHEW W SIEGAL
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:         $75.00
PRO HOC VICE
  For: RICHARD ESKEW
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:         $75.00
PRO HOC VICE
  For: ANGIE HANKINS
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:         $75.00
PRO HOC VICE
  For: JASON SOBEL
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:         $75.00
--------------------------------------
CHECK
  Check/Money Order Num: 87178
  Amt Tendered:  $300.00
--------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

3:08-0294
```