# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No: 3:08-0294** |
| **v.** ) | |
| ) | **Jury Demand** |
| **HARMONIX MUSIC SYSTEMS, INC.,** ) | |
| **et al.,** ) | **Judge Wiseman** |
| ) | **Magistrate Judge Knowles** |
| **Defendants.** ) | |

*Motion granted.*

*US Magistrate Judge*

## MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE

Pursuant to Local Rule 83.01(d), Gibson Guitar Corp. through its undersigned counsel, Douglas R. Pierce, a member in good standing of the bar of this Court, respectfully moves for entry of an order admitting Matthew W. Siegal, Richard Eskew, Angie M. Hankins and Jason M. Sobel, *pro hac vice* to appear and participate in the above captioned matter as counsel for Plaintiff Gibson Guitar Corp.

As evidenced by the Certificates of Good Standing attached hereto, these four lawyers are members in good standing of the bar of the United States District Court for the Southern District of New York.