AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__   District of   __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Harmonix Music Systems, Inc., MTV
(a division Viacom International, Inc.); and
Electronic Arts, Inc.

CASE NUMBER: 3-08--0294

JUDGE WISEMAN

TO: (Name and address of Defendant)
Electronic Arts, Inc.
209 Redwood Shores Parkway
Redwood City, CA 94065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON                           MAR 2 0 2008

CLERK                                        DATE

(By) DEPUTY CLERK

**RETURN COPY**

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/31/08 |
| NAME OF SERVER (PRINT) TODD BRENNECK | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/2/08
             Date                    Signature of Server

210 Fell St.
San Francisco, CA 94102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| KING & BALLOW<br>ATTORNEYS AT LAW<br>1200 NOEL PLACE/200 FOURTH AVE., N.<br>NASHVILLE, TN 37219 | (615) 259-3456 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034562-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
GIBSON GUITAR vs. HARMONIX

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:08-00294 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Notice Regarding Corporate Disclosure Statement;
Notice of New Civil Action

        Name: ELECTRONIC ARTS, INC.

Person Served: JACOB SCHARTZ
       Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: March 31, 2008   HDATE:
Time of Delivery: 01:35 pm

Place of Service: 207 REDWOOD SHORES PARKWAY
                REDWOOD CITY, CA 94065       **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service: $ 89.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
    302/00034562-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: April 2, 2008
at: San Francisco, California.

Signature:
Name: TODD C. BRENNECK
Title: Employee