# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand**<br><br>**MOTION OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC. AND VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS") FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

The undersigned counsel, Aubrey B. Harwell, III, a member in good standing of the bar of this Court, hereby moves for an Order pursuant to Local Rule 83.01(d) granting the admission of Mark A. Samuels, Robert M. Schwartz, and William J. Charron *pro hac*

*vice* to appear and participate in the above-captioned matter as counsel for Defendants Harmonix Music Systems, Inc. and Viacom International Inc.

These three lawyers are members in good standing of the bar of the United States District Court for the Central District of California, as evidenced by the original certificates of good standing attached hereto.

A proposed Order is submitted with this Motion.

Dated: April 14, 2008 Respectfully submitted,

By: /s/ Aubrey B. Harwell, III
    Aubrey B. Harwell, III

WILLIAM T. RAMSEY
AUBREY B. HARWELL, III
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

Attorneys for Defendants Harmonix Music Systems, Inc. and Viacom International Inc. (erroneously named in the Complaint as "MTV Networks")

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2008, I caused a true and correct copy of the foregoing:

**MOTION OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC. AND VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS") FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE**

to be served via the Court's electronic filing system upon the following counsel of record for plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN  37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400

                                             /s/ Aubrey B. Harwell, III
                                               Aubrey B. Harwell, III