# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS,<br>INC., MTV NETWORKS, and<br>ELECTRONIC ARTS INC.,<br><br>            Defendants. | **Civil Action No. 3:08-0294**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand** |

## ORDER

IT IS HEREBY ORDERED that Mark A. Samuels, Robert M. Schwartz, and William J. Charron be and are hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendants Harmonix Music Systems, Inc. and Viacom International Inc.

 

_____
U.S. District Judge Thomas Wiseman

Dockets.Justia.com