# United States District Court

Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Mark A. Samuels, Bar No. 107026

was duly admitted to practice in this Court on   December 15, 1982

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on April 3, 2008
   *DATE*



SHERRI R. CARTER, CLERK

By Brenda Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)      CERTIFICATE OF GOOD STANDING - MEMBER OF BAR