# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand**<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC. AND VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS")** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.02, Harmonix Music Systems, Inc. and Viacom International Inc. certify as follows:

1. Harmonix Music Systems, Inc. is a wholly-owned subsidiary of Viacom International Inc.;

2. Viacom International Inc. is a wholly-owned subsidiary of Viacom Inc.;

3. Viacom Inc. is a publicly-held company with no parent corporation; and

4. No publicly-held company owns 10% or more of Viacom Inc.'s stock.

Dated: April 14, 2008

Respectfully submitted,

By: /s/ Aubrey B. Harwell, III
     Aubrey B. Harwell, III

WILLIAM T. RAMSEY
AUBREY B. HARWELL, III
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

MARK A. SAMUELS (*pro hac vice*)
ROBERT M. SCHWARTZ (*pro hac vice*)
WILLIAM J. CHARRON (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants Harmonix Music Systems, Inc. and Viacom International Inc. (erroneously named in the Complaint as "MTV Networks")

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2008, I caused a true and correct copy of the foregoing:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC. AND VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS")**

to be served via the Court's electronic filing system upon the following counsel of record for plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

/s/ Aubrey B. Harwell, III
Aubrey B. Harwell, III