# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand**<br><br>**NOTICE OF DEFENDANT ELECTRONIC ARTS INC. JOINING MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

Defendant Electronic Arts Inc. hereby files notice that it joins the Motion for Permission to Appear and Participate Pro Hac Vice previously filed by Defendants Harmonix Music Systems, Inc. and Viacom International Inc. (D.E. 11), for the admission of Mark A. Samuels, Robert M. Schwartz, and William J. Charron *pro hac vice*. A revised proposed order is submitted herewith.

Dated: April 18, 2008						Respectfully submitted,

By: /s/ Aubrey B. Harwell, III
    Aubrey B. Harwell, III

WILLIAM T. RAMSEY
AUBREY B. HARWELL, III
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN  37219-2498
Telephone:	(615) 244-1713
Facsimile:	(615) 726-0573

Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV Networks"), and Electronic Arts Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2008, I caused a true and correct copy of the foregoing:

**NOTICE OF DEFENDANT ELECTRONIC ARTS INC. JOINING MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE**

to be served via the Court's electronic filing system upon the following counsel of record for plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

                                            /s/ Aubrey B. Harwell, III
                                                Aubrey B. Harwell, III