# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | **Civil Action No. 3:08-0294**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand** |

## ORDER

IT IS HEREBY ORDERED that Mark A. Samuels, Robert M. Schwartz, and William J. Charron be and are hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendants Harmonix Music Systems, Inc., Viacom International Inc., and Electronic Arts Inc.

 

_____
U.S. District Judge Thomas Wiseman