# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | **Civil Action No. 3:08-0294**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand**<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ELECTRONIC ARTS INC.** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.02, Electronic Arts Inc. certifies as follows:

1. Electronic Arts Inc. is a publicly-held company with no parent corporation; and

2. No publicly-held company owns 10% or more of Electronic Arts Inc.'s stock.

Dated: April 18, 2008					Respectfully submitted,


						By: /s/ Aubrey B. Harwell, III
						    Aubrey B. Harwell, III


						WILLIAM T. RAMSEY
						AUBREY B. HARWELL, III
						NEAL & HARWELL, PLC
						Suite 2000, One Nashville Place
						150 4th Avenue North
						Nashville, TN  37219-2498
						Telephone:   (615) 244-1713
						Facsimile:    (615) 726-0573


						MARK A. SAMUELS (*pro hac vice*)
						ROBERT M. SCHWARTZ (*pro hac vice*)
						WILLIAM J. CHARRON (*pro hac vice*)
						O'MELVENY & MYERS LLP
						400 South Hope Street
						Los Angeles, CA  90071-2899
						Telephone:   (213) 430-6000
						Facsimile:    (213) 430-6407


						Attorneys for Defendant Electronic Arts Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2008, I caused a true and correct copy of the foregoing:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ELECTRONIC ARTS INC.**

to be served via the Court's electronic filing system upon the following counsel of record for plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

/s/ Aubrey B. Harwell, III
Aubrey B. Harwell, III