```
Court Name: U.S. District Court, MD/TN
Division: 3
Receipt Number: 34675002269
Cashier ID: rmillike
Transaction Date: 04/22/2008
Payer Name: NEAL HARWELL PLC
----------------------------------------
PRO HOC VICE
 For: MARK A SAMUELS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: ROBERT M SCHWARTZ
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: WILLIAM J CHARRON
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
----------------------------------------
CHECK
 Remitter: NEAL HARWELL PLC
 Check/Money Order Num: 96941
 Amt Tendered:   $225.00
----------------------------------------
Total Due:       $225.00
Total Tendered:  $225.00
Change Amt:      $0.00

NEAL & HARWELL, PLC/PHV FEES FOR
MARK A. SAMUELS, ROBERT M. SCHWARTZ
& WILLIAM J. CHARRON/3:08-0294/CK#
96941
```