==Motion granted; also applies to defendant, Electronic Arts Inc.==

*/s/ E. Clifton Knowles*
US Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>    Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand**<br><br>**MOTION OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC. AND VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS") FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

    The undersigned counsel, Aubrey B. Harwell, III, a member in good standing of the bar of this Court, hereby moves for an Order pursuant to Local Rule 83.01(d) granting the admission of Mark A. Samuels, Robert M. Schwartz, and William J. Charron *pro hac*