# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | **Civil Action No. 3:08-0294**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>E. Clifton Knowles<br><br>**Jury Demand** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named herein as "MTV"), and Electronic Arts Inc. (collectively "Defendants") filed the attached Motion to Continue Initial Case Management Conference and Reinstate Rule 26(d) Stay of Discovery (the "Motion") yesterday in the action styled *Gibson Guitar Corp. v. Wal-Mart Stores, Inc., et al.*, Case No. 3:08-0279. That action, which is also pending before Judge Wiseman and which is assigned to Magistrate Judge Griffin, involves the precise claims against Defendants as those against Defendants in this case. The Initial Case Management Conference in Case No. 3:08-0279 is currently scheduled for the same day as the Initial Case Management Conference in this action, May 12, 2008. Because the two actions are related, Defendants are providing the Court with notice and a copy of the Motion in Case No. 3:08-0279 to keep Magistrate Judge Knowles apprised of the status of that related case.

Dated: May 1, 2008                    Respectfully submitted,


                                      By: /s/ Aubrey B. Harwell, III
                                          Aubrey B. Harwell, III


                                      WILLIAM T. RAMSEY, No. 9245
                                      AUBREY B. HARWELL, III, No. 17394
                                      NEAL & HARWELL, PLC
                                      Suite 2000, One Nashville Place
                                      150 4th Avenue North
                                      Nashville, TN  37219-2498
                                      Telephone:   (615) 244-1713
                                      Facsimile:    (615) 726-0573

                                      MARK A. SAMUELS (*pro hac vice*)
                                      ROBERT M. SCHWARTZ (*pro hac vice*)
                                      WILLIAM J. CHARRON (*pro hac vice*)
                                      O'MELVENY & MYERS LLP
                                      400 South Hope Street
                                      Los Angeles, CA  90071-2899
                                      Telephone:   (213) 430-6000
                                      Facsimile:    (213) 430-6407

                                      Attorneys for Defendants Harmonix Music
                                      Systems, Inc., Viacom International Inc.
                                      (erroneously named in the Complaint as
                                      "MTV Networks"), and Electronic Arts
                                      Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, I caused a true and correct copy of the foregoing:

**NOTICE OF FILING**

to be served via the Court's electronic filing system upon the following counsel of record for plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN  37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400

                                              /s/ Aubrey B. Harwell, III
                                                 Aubrey B. Harwell, III