## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CASE NO. 3:08-0294** |
| | ) **JUDGE WISEMAN/ KNOWLES** |
| **HARMONIX MUSIC SYSTEMS,** | ) |
| **INC., MTV NETWORKS, and** | ) |
| **ELECTRONIC ARTS, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Magistrate Judge Griffin and Magistrate Judge Knowles have conferred and agree that this case is related to Case No. 3:08-0279, which is assigned to Magistrate Judge Griffin. It is, therefore, ORDERED that this case is REASSIGNED as a related case to Magistrate Judge Griffin.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge