IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>          Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet E. Griffin<br><br>**Jury Demand** |

### DECLARATION OF WILLIAM CHARRON IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY PENDING U.S.P.T.O.'S REEXAMINATION OF THE PATENT IN SUIT

I, WILLIAM J. CHARRON, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, a member of the law firm of O'Melveny & Myers LLP, and counsel in the above-captioned matter for defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV Networks"), and Electronic Arts Inc. (collectively, "Defendants"). I make this Declaration in support of Defendants' Motion for a Stay Pending U.S.P.T.O's Reexamination of the Patent in Suit. All of the facts set forth in this declaration are known to me personally, and if called as a witness I would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Request for *Ex Parte* Reexamination of U.S. Patent No. 5,990,405, filed with the U.S. Patent & Trademark Office ("PTO") on April 24, 2008.

3. Attached hereto as **Exhibit B** is a true and correct copy of "Table 13a: Ex Parte Reexamination (FY 2003-2007)" from the PTO's "Performance and Accountability Report Fiscal Year 2007," available on the PTO's official website at www.uspto.gov/web/offices/com/annual/2007/50313a_table13a.html.

4. Attached hereto as **Exhibit C** is a true and correct copy of a report entitled "*Ex Parte* Reexamination Filing Data -- June 30, 2007," issued by the PTO.

I declare under penalty of perjury under the laws of the Sate of California that the foregoing is true and correct.

Executed this 6th day of May 2008, at Los Angeles, California.

_____
William J. Charron