# EXHIBIT B




United States Patent and Trademark Office    ABOUT

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Reports > USPTO Annual Reports

**Performance and Accountability Report Fiscal Year 2007**
**Other Accompanying Information**

Table of Contents | Management | Financial | Auditor | IG | Other

### TABLE 13A: EX PARTE REEXAMINATION
### (FY 2003 - FY 2007)

| Activity | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| **Requests filed, total** | 392 | 441 | 524 | 511 | 643 |
| By patent owner | 136 | 166 | 166 | 129 | 124 |
| By third party | 239 | 268 | 358 | 382 | 519 |
| Commissioner ordered | 17 | 7 | – | – | – |
| **Determinations on requests, total** [1] | 381 | 419 | 537 | 458 | 594 |
| Requests granted: | | | | | |
|     By examiner | 360 | 408 | 509 | 422 | 575 |
|     By petition | 1 | – | 2 | 5 | 2 |
| Requests denied | 20 | 11 | 26 | 31 | 17 |
| **Requests known to have related litigation** | 109 | 138 | 176 | 229 | 369 |
| **Filings by discipline, total** | 392 | 441 | 524 | 511 | 643 |
| Chemical | 124 | 130 | 138 | 118 | 133 |
| Electrical | 118 | 156 | 188 | 228 | 275 |
| Mechanical | 150 | 155 | 198 | 165 | 235 |

**Notes:**
1: Past years' data have been revised from prior year reports. *(back to text)*

< Previous Page | Next Page >

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the **USPTO Contact Center (UCC)**. You can suggest USPTO webpages or material you would like featured on this section by E-mail to the **webmaster@uspto.gov**. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

|HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

Last Modified: 12/21/2007 06:56:35