# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Gibson Guitar Corp.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **Civil Action No. 3:08-0294** |
| v. ) | |
| ) | |
| **Harmonix Music Systems, Inc., MTV Networks** ) | **Judge Wiseman** |
| **(a division of Viacom International, Inc.),** ) | |
| **and Electronic Arts, Inc.,** ) | |
| ) | |
|     **Defendant.** ) | |

---

## PLAINTIFF'S REPLY TO COUNTERCLAIMS
## OF DEFENDANT ELECTRONIC ARTS, INC.

---

      Plaintiff, Gibson Guitar Corp., replies to the counterclaims of defendant Electronic Arts, Inc. ("Defendant"), as follows:

### JURISDICTION AND VENUE

      1.    Plaintiff admits that Defendant's first counterclaim purports to seek a judicial declaration that Defendant does not infringe a United States patent; that Defendant's second counterclaim purports to seek a judicial declaration that a United States patent is invalid; that the Court has jurisdiction over the counterclaims asserted by defendant under 28 U.S.C. § 1338(a); that the counterclaims arise under 28 U.S.C. § 2201; but denies each of the remaining allegations of paragraph 1.

      2.    Plaintiff admits the allegations of paragraph 2.

### PARTIES

      3.    Plaintiff admits the allegations of paragraph 3.

      4.    Plaintiff admits the allegations of paragraph 4.

## FIRST COUNTERCLAIM

5. Plaintiff incorporates herein paragraphs 1-4 of this Reply as though fully set forth herein and believe that paragraphs 1-41 of Defendant's Answer and Counterclaims are not part of the Counterclaims and therefore do not require a response herein. To the extent that a response is required, Plaintiff hereby denies each of the allegations of paragraphs 1-41 incorporated by reference in paragraph 5.

6. Plaintiff admits that an actual controversy exists between Defendant and Plaintiff as to whether Defendant's products and/or processes infringe, contribute to the infringement of, or induce infringement of the '405 Patent, but denies each of the remaining allegations of paragraph 6.

7. Plaintiff denies each of the allegations of paragraph 7.

## SECOND COUNTERCLAIM

8. Plaintiff incorporates herein paragraphs 1-7 of this Reply as though fully set forth herein and believe that paragraphs 1-41 of Defendant's Answer and Counterclaims are not part of the counterclaims and therefore do not require a response herein. To the extent that a response is required, Plaintiff hereby denies each of the allegations of paragraphs 1-41 incorporated by reference in paragraph 8.

9. Plaintiff admits that there is an actual controversy between Plaintiff and Defendant as to the validity of the '405 Patent, but denies each of the remaining allegations of paragraph 9.

10. Plaintiff denies each of the allegations of paragraph 10.

## AFFIRMATIVE DEFENSES

11. Defendant fails to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment, as follows:

a) That the Defendant's counterclaims be dismissed;

    b) That Plaintiff be awarded its' costs and expenses including reasonable attorney fees;

    c) That the Court award such other relief as the Court deems proper.

Dated: Nashville, Tennessee
       May 7, 2008

                                          Respectfully submitted,

                                          By: ___/s/ Richard Eskew_____
                                                   Richard Eskew

                                          Douglas R. Pierce (No. 010084)
                                          King & Ballow
                                          315 Union Street, Suite 1100
                                          Nashville, Tennessee 37201
                                          Tel: (615) 259-3456
                                          Fax: (615) 254-7907


                                          STROOCK & STROOCK & LAVAN LLP
                                          Matthew W. Siegal (*Pro Hac Vice*)
                                          Angie M. Hankins (*Pro Hac Vice*)
                                          Richard Eskew (*Pro Hac Vice*)
                                          Jason M. Sobel (*Pro Hac Vice*)
                                          180 Maiden Lane
                                          New York, New York 10038-4982
                                          212-806-5400

                                          *Attorneys for Plaintiff*
                                          *Gibson Guitar Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2008, I caused a true and correct copy of the foregoing:

**PLAINTIFF'S REPLY TO COUNTERCLAIMS OF DEFENDANT ELECTRONIC ARTS, INC.**

to be served via the Court's electronic filing system upon the following counsel of record for Defendant:

> William T. Ramsey
> Aubrey B. Harwell, III
> Neal & Harwell, PLC
> Suite 2000, One Nashville Place
> 150 4th Avenue North
> Nashville, TN 37219-2498
>
> Mark A. Samuels
> Robert M. Schwartz
> William J. Charron
> O'Melveny & Myers LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899

By:   /s/Richard Eskew
      Richard Eskew