IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION          )
                                   )
v.                                 )          No. 3-08-0294
                                   )
HARMONIX MUSIC SYSTEMS, INC.;      )
MTV NETWORKS; and ELECTRONIC       )
ARTS, INC.                         )

O R D E R

Upon the request of all parties and after consultation with Magistrate Judge Knowles, by order entered May 6, 2008 (Docket Entry No. 24), this case was reassigned to the undersigned Magistrate Judge as related to the case of Gibson Guitar v. Wal-Mart, 3-08-0279.

Prior to the reassignment, the initial case management conference was scheduled on May 12, 2008, at 10:30 a.m., before Judge Knowles. That case management conference is CANCELLED.

Inasmuch as a telephone conference is scheduled in case numbered 3-08-0279, on **Monday, May 12, 2008, at 12:00 noon,** and inasmuch the parties and counsel in this case are also parties and counsel in case numbered 3-08-0279, the Court will address the progression of this case during or at the conclusion of the conference call in case numbered 3-08-0279.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge