# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | Civil Action No. 3:08-0294<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand** |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendants hereby file the attached Notice of Conference Call Information, which has been filed in the action styled *Gibson Guitar Corp. v. Wal-Mart Stores, Inc., et al.*, Case No. 3:08-0279. Pursuant to the Order of May 7, 2008 (D.E. 34), the parties will address the progression of this action during or at the conclusion of a conference call ordered in Case. No. 3:08-0279 to take place on May 12, 2008, at 12:00 p.m. (CST).

The telephone number to call into the conference call is 1-800-304-8043.

The passcode to join the conference call is 259922.

Dated: May 9, 2008                    Respectfully submitted,


By: /s/ Aubrey B. Harwell, III
    Aubrey B. Harwell, III


WILLIAM T. RAMSEY, No. 9245
AUBREY B. HARWELL, III, No. 17394
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

MARK A. SAMUELS (*pro hac vice*)
ROBERT M. SCHWARTZ (*pro hac vice*)
WILLIAM J. CHARRON (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV Networks"), and Electronic Arts Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, I caused a true and correct copy of the foregoing:

**NOTICE OF FILING**

to be served via the Court's electronic filing system upon the following counsel of record for Plaintiff:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

                                                /s/ Aubrey B. Harwell, III
                                                   Aubrey B. Harwell, III