# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., | ) |
|     PLAINTIFF, | ) |
| | ) **Civil Action No. 3:08-0294** |
| v. | ) |
| | ) Judge Thomas A. Wiseman, Jr. |
| HARMONIX MUSIC SYSTEMS, INC., | ) Magistrate Judge Juliet Griffin |
| MTV (A DIVISION OF VIACOM | ) |
| INTERNATIONAL, INC.), AND | ) |
| ELECTRONIC ARTS, INC., | ) |
| | ) |
|     DEFENDANTS. | ) |

_____

**DECLARATION OF JASON M. SOBEL, ESQ. IN SUPPORT OF GIBSON GUITAR CORP.'S RESPONSE, OPPOSING IN PART AND JOINING IN PART, DEFENDANTS' MOTION FOR A STAY PENDING U.S.P.T.O.'S REEXAMINATION OF THE PATENT IN SUIT**
_____

# DECLARATION OF JASON SOBEL

I, Jason M. Sobel, declare as follows:

1. I am an attorney with the law firm of Stroock & Stroock & Lavan LLP and admitted before this Court *pro hac vice* as counsel for defendant Gibson Guitar Corp. ("Gibson") in the above-captioned action. I submit this declaration in support of Gibson Guitar Corp.'s Response, Opposing in Part and Joining in Part, Defendants' Motion for a Stay Pending U.S.P.T.O.'s Reexamination of the Patent in Suit. The facts set forth in this declaration are true of my own knowledge, except where based on a review of the pleadings and records in this action and, if called as a witness, I could and would competently testify to such facts.

2. Attached hereto as Exhibit A is a true and correct copy of the United States Patent and Trademark Office's Order and Decision Granting *Ex Parte* Reexamination of U.S. Patent No. 5,990,405.

3. Attached hereto as Exhibit B is a true and correct copy of Nilssen v. Universal Lighting Technologies., Inc., 2006 WL 38909 (M.D.Tenn. 2006).

4. Attached hereto as Exhibit C is a true and correct copy of Lincoln Electric Co. v. Miller Electric Mfg. Co., 2007 WL 2670039 (N.D.Ohio 2007).

5. Attached hereto as Exhibit D is a true and correct copy of Donnelly Corp. v. Guardian Industries Corp., 2007 WL 3104794 (E.D.Mich. 2007).

6. Attached hereto as Exhibit E is a true and correct copy of Iljin USA v. NTN Corp., 2006 WL 568351 (E.D.Mich. 2006).

7. Attached hereto as Exhibit F is a true and correct copy of <u>Softview Computer Products Corp. v. Haworth, Inc.</u>, 2000 WL 1134471 (S.D.N.Y. 2000).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of June, 2008, at New York, New York.

_____/s/ Jason M. Sobel___<br>
Jason M. Sobel

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to:

William Taylor Ramsey (No. 9245)
Aubrey B. Harwell, III (No. 17394)
NEAL & HARWELL
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37210
(615) 244-1713

Mark A Samuels
Robert M. Schwartz
William J. Charron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213) 430-6000

on this the 4th day of June, 2008.

By: /s/ Douglas R. Pierce
Douglas R. Pierce